UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
:
KASOWITZ LLP,                                              : CASE NO. 1:25-cv-06068
                                                           :
        Plaintiff,                                 :
                                                           : **NOTICE OF VOLUNTARY**
    -against-                                            : **DISMISSAL WITHOUT PREJUDICE**
                                                           :
JULIO M. HERRERA VELUTINI,                                 :
                                                           :
        Defendant.                                 :
                                                           :
---------------------------------------------------------- X

PLEASE TAKE NOTICE that Plaintiff Kasowitz LLP hereby voluntarily dismisses its claims without prejudice against Defendant Julio M. Herrera Velutini, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: New York, New York
       August 26, 2025

                                         **KASOWITZ LLP**

                                         By: */s/ Joshua A. Siegel*
                                             Joshua A. Siegel

                                       1633 Broadway
                                       New York, New York 10019
                                       (212) 506-1700

**ORDER**

                                       *Attorneys for Plaintiff*

Dated: New York, New York
       **August 27, 2025**

                              SO ORDERED:

                              _____
                              Sidney H. Stein, U.S.D.J.